**STATE OF MONTANA,**
    **Plaintiff,**                                        **No. DC-04-0378**
**vs.**                                                       **Decision**
**BRADLEY S. KEITH,**
    **Defendant.**

On December 21, 2004, the defendant was sentenced to Fifteen (15) years in the Montana State Prison, with Five (5) years suspended for the offense of Robbery, a felony.

On August 8, 2005, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Carl DeBelly. The state was represented by Dennis Paxinos.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to continue his sentence review hearing to discuss his options for an appeal with his counsel, Carl DeBelly.

Therefore, it is the unanimous decision of the Sentence Review Division that the application for review of sentence shall be continued to the next available hearing date in November, 2005.

Done in open Court this 8th day of August, 2005.

DATED this 17th day of August, 2005.

Chairperson, Hon. Gary L. Day, Member, Hon. John Whelan and Member, Hon. Randal I. Spaulding.